ED G. NELSON et al., Appellants and Respondents, *v.* MILLS MUSIC, INC., Respondent and Appellant, and " JANE " PEASE, as Executrix of HARRY PEASE, Deceased, Impleaded Defendant, Appellant and Respondent.

Submitted June 2, 1952; decided June 6, 1952.

*Abner Greenberg* for motion to dismiss appeal and in opposition to motion for extension of time.

*Richard C. Llope* and *Theodore R. Kupferman* for motion for extension of time and in opposition to motion to dismiss appeal.

Motion to dismiss appeal denied.

Motion for extension of time granted.